Declaration of Faye C. Rasch in Support Page 1 of 44

Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
Faye C. Rasch (State Bar No. 253838)
frasch@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor Hanmi Bank

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

GOMES ENTERPRISES, LLC d/b/a A TO Z METALS,

Alleged Debtor.

CASE No. 2:10-bk-14738-RN

Chapter 11

**DECLARATION OF FAYE C. RASCH IN SUPPORT OF HANMI BANK'S OPPOSITION TO ALLEGED DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING STIPULATION (1) AUTHORIZING CONTINUED USED OF FUNDS; AND (2) GRANTING OF POST-PETITION LIENS AND ADEQUATE PROTECTION TO SECURED LENDER**

DATE: February 24, 2010
TIME: 10:00 a.m.
CRTRM.: 1652
255 E. Temple Street
Los Angeles, CA 90012

I, Faye C. Rasch, declare:

1. I am an attorney at law duly licensed to practice before all Courts of the State of California and the Central District of California and am employed by the law firm of Frandzel Robins Bloom & Csato, L.C., attorneys of record for Creditor, Hanmi Bank ("Hanmi"). This declaration is filed in support of Hanmi's Opposition to Alleged Debtor's Emergency Motion for Order Approving Stipulation etc. If called upon to testify as to the facts set forth in this

677803.1 | 041150-0121
1
DECLARATION OF FAYE C. RASCH IN SUPPORT OF HANMI BANK'S OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING STIPULATION ETC.

Declaration of Faye C. Rasch in Support Page 2 of 44

declaration, I could and would testify competently thereto since the facts set forth herein are personally known to me to be true.

2. In connection with the obligations owed to Hanmi by the Alleged Debtor, Gomes Enterprises, LLC ("Debtor'), Hanmi caused to be conducted UCC-1 searches to evaluate other liens and obligations of the Debtor. The searches revealed multiple other creditors as well as State and Federal Tax Liens. True and correct copies of the UCC-1 searches are annexed hereto as Exhibit 1.

3. In addition Hanmi conducted a Dunn & Bradstreet search of the Debtor. The search revealed several past due accounts. A true and correct copy of the Dunn & Bradstreet search is annexed here as Exhibit 2.

Executed this 22nd day of February 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

FAYE C. RASCH, Declarant

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

677803.1 | 041150-0121
2
DECLARATION OF FAYE C. RASCH IN SUPPORT OF HANMI BANK'S OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR ORDER APPROVING STIPULATION ETC.

# EXHIBIT 1

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- Sacramento
Suite 100
2730 Gateway Oaks Drive
Sacramento, CA 95833
800-222-2122
916-563-2121 (Fax)

**Matter#** 41150.137
**Project Id :**
**Additional Reference :** NOT PROVIDED

**Order#** 143991-1
**Order Date** 10/01/2009

| | |
|---|---|
| **Subject:** | **GOMES ENTERPRISES, LLC** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **September 24, 2009** |
| **Result:** | **Certified clear result retrieved** |

Ordered by PATRICIA NASH at FRANDZEL ROBINS BLOOM & CSATO, L.C.

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Annette Kuhlman
akuhlman@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

**CORPORATION SERVICE COMPANY**
www.cscglobal.com

CSC- Sacramento
Suite 100
2730 Gateway Oaks Drive
Sacramento, CA 95833
800-222-2122
916-563-2121 (Fax)

**Matter#** 41150.137
**Project Id :**
**Additional Reference :** NOT PROVIDED

**Order#** 143991-1
**Order Date** 10/01/2009

| | |
|---|---|
| **Subject:** | **GOMES ENTERPRISES, LLC** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **September 24, 2009** |
| **Result:** | **Certified results retrieved** |

Ordered by PATRICIA NASH at FRANDZEL ROBINS BLOOM & CSATO, L.C.

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Annette Kuhlman
akuhlman@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



SECRETARY OF STATE
STATE OF CALIFORNIA

## Search Certificate

SEARCH REQUESTED ON: 10/02/2009
Organization Debtor: **GOMES ENTERPRISES, LLC**

Address: **NOT SPECIFIED**
Date Range From: **NOT SPECIFIED**
Search: **UNLAPSED**

*** Indicates Filings that have been accepted after the Certification Date.**

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **03-35360858** | **Financing Statement** | **12/15/2003** | **17:00** | **12/15/2013** | **1** |

**Debtor:**
**Organization:** GOMES ENTERPRISES, LLC
400 EAST WEBER AVENUE, COMPTON CA USA, 90222

**Secured Party:**
**Organization:** U.S. BAN NATIONAL ASSOCIATION
555 SW OAK STREET PD-OR-P7LD, PORTLAND OR USA, 97204

U.S. BANK NATIONAL ASSOCIATION
555 SW OAK STREET PD-OR-P7LD, PORTLAND OR USA, 97204

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| **08-71641100** | **Continuation** | **07/07/2008** | **09:23** | **1** |
| **08-71642260** | **Amendment** | **07/07/2008** | **14:16** | **1** |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **04-7003654877** | **Federal Tax Lien** | **10/25/2004** | **17:00** | **11/24/2014** | **1** |

**Debtor:**
**Organization:** GOMES ENTERPRISES INC , A CORPORATION
3101 SUNSET BLVD STE 2-A, ROCKLIN CA USA, 95677 3097

**Secured Party:**
**Organization:** IRS / OAKLAND
1301 CLAY ST., STE 1000 S, OAKLAND CA US, 94612 5210

Continue

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **04-7010603798** | **Financing Statement** | **12/31/2004** | **10:30** | **12/31/2009** | **1** |

**Debtor:**

**Organization:** GOMES ENTERPRISES, LLC
400 E WEBER AVE, COMPTON CA USA, 90222

**Secured Party:**

**Organization:** VFS US LLC
P.O. BOX 26131, GREENSBORO NC USA, 27402

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **05-7025307857** | **Federal Tax Lien** | **04/29/2005** | **17:00** | **05/29/2015** | **1** |

**Debtor:**

**Organization:** GOMES ENTERPRISES INC , A CORPORATION
3101 SUNSET BLVD STE 2-A, ROCKLIN CA USA, 95677 3097

**Secured Party:**

**Organization:** IRS / OAKLAND
1301 CLAY ST., STE 1000 S, OAKLAND CA US, 94612 5210

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **05-7026278299** | **Federal Tax Lien** | **05/09/2005** | **17:00** | **06/08/2015** | **1** |

**Debtor:**

**Organization:** GOMES ENTERPRISES INC , A CORPORATION
3101 SUNSET BLVD STE 2-A, ROCKLIN CA USA, 95677 3097

**Secured Party:**

**Organization:** IRS / OAKLAND
1301 CLAY ST., STE 1000 S, OAKLAND CA US, 94612 5210

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **05-7032334198** | **Financing Statement** | **06/28/2005** | **15:25** | **06/28/2010** | **1** |

**Debtor:**

**Organization:** A TO Z METALS
400 E. WEBER AVE., COMPTON CA USA, 90222

GOMES ENTERPRISES, LLC
400 E. WEBER AVE., COMPTON CA USA, 90222

**Secured Party:**

**Organization:** HANMI BANK
3660 WILSHIRE BLVD. SUITE 1000, LOS ANGELES CA USA, 90010

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| **05-70495304** | **Amendment** | **11/22/2005** | **11:50** | **1** |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **06-7055928436** | **Financing Statement** | **01/19/2006** | **14:35** | **01/19/2011** | **1** |

**Debtor:**

**Organization:** GOMES ENTERPRISES, LLC
400 E. WEBER AVENUE, COMPTON CA USA, 90222

**Secured Party:**

**Organization:** NMHG FINANCIAL SERVICES, INC.
10 RIVERVIEW DRIVE, DANBURY CT USA, 06810

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **06-7056063134** | **Financing Statement** | **01/19/2006** | **16:44** | **01/19/2011** | **2** |

**Debtor:**

**Organization:** GOMES ENTERPRISES INC.
3101 SUNSET BLVD 2A, ROCKLIN CA USA, 95677

**Secured Party:**

**Organization:** MCKESSON
ONE POST STREET, SAN FRANCISCO CA USA, 94104

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **06-7092856184** | **Financing Statement** | **11/22/2006** | **08:05** | **11/22/2011** | **1** |

Continue

**Debtor:**
**Organization:** GOMES ENTERPRISES, LLC
400 E WEBER AVE, COMPTON CA USA, 90222

**Secured Party:**
**Organization:** THERMO ELECTRON FINANCIAL SERVICES INC.
81 WYMAN STREET, WALTHAM MA USA, 02454

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| **08-71739636** | **Termination** | **10/02/2008** | **08:25** | **1** |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **07-7121150226** | **Federal Tax Lien** | **07/09/2007** | **17:00** | **08/08/2017** | **1** |

**Debtor:**
**Organization:** GOMES ENTERPRISES INC , A CORPORATION
3101 SUNSET BLVD STE 2-A, ROCKLIN CA USA, 95677 3097

**Secured Party:**
**Organization:** IRS/OHIO
P.O. BOX 145595, CINCINNATI OH US, 45250 5595

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| **07-71399254** | **Termination** | **12/07/2007** | **17:00** | **1** |

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **08-7164456475** | **Financing Statement** | **07/09/2008** | **06:25** | **07/09/2013** | **1** |

**Debtor:**
**Organization:** GOMES ENTERPRISES, LLC
2900 N ALAMEDA, COMPTON CA USA, 90222

**Secured Party:**
**Organization:** CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVE, NASHVILLE TN USA, 37203

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **08-7166727993** | **Financing Statement** | **07/28/2008** | **12:57** | **07/28/2013** | **1** |

**Debtor:**
**Organization:** GOMES ENTERPRISES, LLC

Continue

2900 N ALAMEDA, COMPTON CA USA, 90222

**Organization:** CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVE, NASHVILLE TN USA, 37203

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **08-7168879963** | **Financing Statement** | **08/15/2008** | **08:23** | **08/15/2013** | **1** |

**Debtor:**

**Organization:** GOMES ENTERPRISES LLC
2900 N. ALAMEDA, COMPTON CA USA, 90222

**Secured Party:**

**Organization:** CITICAPITAL COMMERCIAL CORPORATION
2208 HIGHWAY 121, BEDFORD TX USA, 76021

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| **08-7175128817** | **State Tax Lien** | **10/09/2008** | **17:00** | **10/09/2018** | **1** |

**Debtor:**

**Organization:** GOMES ENTERPRISES INC.
3101 SUNSET BLVD STE 2A, ROCKLIN CA USA, 95677 3097

**Secured Party:**

**Organization:** FRANCHISE TAX BOARD
PO BOX 2952, SACRAMENTO CA US, 95812 2952

Continue

**Total Pages:** **20**

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **09/24/2009 at 1700 hours**.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

Debra Bowen
Secretary of State

0335360858

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
UCC Filing Desk - (503) 443-1822

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

US Corporate Services
12750 SW Pacific Highway, Suite 201
Tigard, OR 97223

P1657418

FILED
SACRAMENTO, CA
DEC 15, 2003 AT 1700
KEVIN SHELLEY
SECRETARY OF STATE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: GOMES ENTERPRISES, LLC

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 400 EAST WEBER AVENUE | COMPTON | CA | 90222 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | CALIFORNIA | 200208210023 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
|---|---|---|---|---|
| | | | | |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: U.S. BANK NATIONAL ASSOCIATION

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| 555 SW OAK STREET PD-OR-P7LD | PORTLAND | OR | 97204 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of the following whether now owned or existing or hereafter acquired by the Debtor (or by the Debtor with spouse), wherever located (including all documents, general intangibles, additions and accessions, spare and repair parts, special tools, replacements, returned or repossessed goods and books and records relating to the following; and all proceeds, supporting obligations and products of the following):

All assets of the Debtor including, without limitation, all accounts, instruments, documents, chattel paper, general intangibles, contract rights, all investment property (including any securities entitlements and/or securities accounts held by Debtor), securities and certificates of deposit, all deposit accounts, all letter of credit rights; all inventory; all equipment; Other than the sale or lease of inventory in the ordinary course of Debtor's business, the purchase by or pledge to another party of any of the above described collateral violates the rights of the Secured Party.

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
71-6517365426 NOTE18 REF# 233306

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 17578630002
**FILING NUMBER:** 08-71641100
**FILING DATE:** 07/07/2008 09:23
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
03-35360858

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| | **6a. ORGANIZATION'S NAME** | | | |
| OR | **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | | |
|---|---|---|---|---|---|
| | **7a. ORGANIZATION'S NAME** | | | | |
| OR | **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| | **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

| **7d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ **NONE** |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | | | | |
|---|---|---|---|---|
| | **a. ORGANIZATION'S NAME** U.S. BAN NATIONAL ASSOCIATION | | | |
| OR | **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-31157716-300000

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 17587340002
FILING NUMBER: 08-71642260
FILING DATE: 07/07/2008 14:16
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
03-35360858

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
U.S. BAN NATIONAL ASSOCIATION

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
U.S. BANK NATIONAL ASSOCIATION

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 555 SW OAK STREET PD-OR-P7LD | PORTLAND | OR | 97204- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

9a. ORGANIZATION'S NAME
U.S. BANK NATIONAL ASSOCIATION

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
CA-0-31157731-300000

FILING OFFICE COPY

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Dani Ashford (800)858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DILIGENZ INC
6500 HARBOR HEIGHTS PKWY STE 400
MUKILTEO, WA 98275
USA

DOCUMENT NUMBER: 2063660002
FILING NUMBER: 04-7010603798
FILING DATE: 12/31/2004 10:30:46 AM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME<br>Gomes Enterprises, LLC | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS<br>400 E Weber Ave | | CITY<br>Compton | STATE<br>CA | POSTAL CODE<br>90222 | COUNTRY<br>USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>LimitedLiabilityCompany | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any<br>CA 200208210023 ☐NONE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any<br>☐NONE | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME<br>VFS US LLC | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS<br>P.O. Box 26131 | | CITY<br>Greensboro | STATE<br>NC | POSTAL CODE<br>27402 | COUNTRY<br>USA |

4. This FINANCING STATEMENT covers the following collateral:
2004 Volvo L25B Serial Number ending in the last 4 numeric digits of 0572 with the following attachments: 71" Volvo Bucket, 73" Grapple Bucket; together with all parts, accessories, attachments, substitutions, repairs, improvements and replacements and any and all cash and non-cash proceeds thereof, including, without limitation, insurance proceeds.

5. ALT DESIGNATION: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA
502-7506714-002 12/31/04 [11305216]

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 4159100002
FILING NUMBER: 05-7032334198
FILING DATE: 6/28/2005 3:25:13 PM
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME<br>GOMES ENTERPRISES, LLC | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS<br>400 E. WEBER AVE. | | CITY<br>COMPTON | STATE<br>CA | POSTAL CODE<br>90222 | COUNTRY<br>USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>Corporation | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any<br>☑ NONE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any<br>☐ NONE | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME<br>Hanmi Bank | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS<br>3660 Wilshire Blvd. Suite 1000 | | CITY<br>Los Angeles | STATE<br>CA | POSTAL CODE<br>90010 | COUNTRY<br>USA |

4. This FINANCING STATEMENT covers the following collateral:
All inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds)

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
CA-0-14640949-713709

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 5918280002
**FILING NUMBER:** 05-70495304
**FILING DATE:** 11/22/2005 11:50
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
05-7032334198

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☑ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
A TO Z METALS

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 E. WEBER AVE. | COMPTON | CA | 90222- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | CA | ☑ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☑ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**
Hanmi Bank

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-16730750-713709

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Diligenz
(800)858-5294

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
DILIGENZ INC
6500 HARBOR HEIGHTS PKWY STE 400
MUKILTEO, WA 98275
USA

DOCUMENT NUMBER: 6571890002
FILING NUMBER: 06-7055928436
FILING DATE: 01/19/2006 14:35
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GOMES ENTERPRISES, LLC | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 400 E. WEBER AVENUE | COMPTON | CA | 90222 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|
| | | LimitedLiabilityComp any | CA | 200208210023 |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NMHG Financial Services, Inc. | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 10 Riverview Drive | Danbury | CT | 06810 | USA |

4. This FINANCING STATEMENT covers the following collateral:
All of the equipment now or hereafter leased by Lessor to Lessee; and all accessions, additions, replacements, and substitutions thereto and therefore;
and all proceeds including insurance proceeds thereof.

5. ALT DESIGNATION: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA
344560 - 8A24 - 4401524 [17155163]

FILING OFFICE COPY

06-7056063134
01/19/2006 16:44
FILED
CALIFORNIA
SECRETARY OF STATE
SOS
6586080002 UCC 1 FILING

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
800-874-8820

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Please return copy to:
CT CORPORATION SYSTEM
Attn:Michael Ruden/UCC/TEAM 2
2295 Gateway Oaks Drive, Suite 185
Sacramento, CA 95833
6342427
Ref #: 364824
Filed with: Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: Gomes Enterprises Inc.

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3101 Sunset Blvd 2A | Rocklin | CA | 95677 | US |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Corporation | California | c2462249 ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: McKesson

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| One Post Street | San Francisco | CA | 94104 | US |

4. This FINANCING STATEMENT covers the following collateral:

All personal property of the Debtor, wherever located, including but not limited to all "accounts," "general intangibles," "chattel paper," "documents," "proceeds of letters of credit," "instruments," "investment property," "deposit accounts," "inventory," "fixtures," and "equipment," and all "Proceeds" of the foregoing, whether now owned or hereafter aquired, as such terms are defined in Division 9 of the California Uniform Commercial Code in effect on the date hereof. Without limiting the foregoing, the Collateral includes: 1. All present and future accounts, contract rights and general intangibles, including all cash, account receivable, insurance proceeds and all right, title, and interest in and to prescription files. 2. All present and future inventory held for resale or lease including without limiting the generality of the foregoing:- all drugs (prescription stock & proprietaries), toiletries, cosmetics, and disposable medical supply items. -- durable medical equipment and supplies inventory

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

65860800002

NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
ORGANIZATION'S NAME
Gomes Enterprises Inc.
INDIVIDUAL'S LAST NAME FIRST NAME MIDDLE NAME,SUFFIX

Use this space for additional information:
Additional Collateral Text:
including items involving respiratory aids, home convalescent aids, and nutritional therapy. 3. All present and future equipment, fixtures and property used by Debtor in its business including, without limiting the generality of the foregoing, all display cases, gondolas, paneling, shelving, sinks, cabinets, furniture, signs, typewriters, cash registers, computers, safes and fountain and refrigeration equipment.

TOTAL P.03

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 10483070002
FILING NUMBER: 06-7092856184
FILING DATE: 11/22/2006 08:05
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>Gomes Enterprises, LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS<br>400 E Weber Ave | CITY<br>Compton | | STATE<br>CA | POSTAL CODE<br>90222 | COUNTRY<br>USA |
| 1d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>LimitedLiabilityComp any | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any<br>200208210023 | | ☐NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | | ☐NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>Thermo Electron Financial Services Inc. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS<br>81 Wyman Street | CITY<br>Waltham | STATE<br>MA | POSTAL CODE<br>02454 | COUNTRY<br>USA |

4. This FINANCING STATEMENT covers the following collateral:
1 Thermo NITON XLp 818Q Alloy Analyzer

5. ALT DESIGNATION: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA
CA-[redacted]

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 18614120002
**FILING NUMBER:** 08-71739636
**FILING DATE:** 10/02/2008 08:25
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
06-7092856184

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| | **6a. ORGANIZATION'S NAME** | | | |
| OR | **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | | |
|---|---|---|---|---|---|
| | **7a. ORGANIZATION'S NAME** | | | | |
| OR | **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| | **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

| | | | | |
|---|---|---|---|---|
| **7d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ **NONE** |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | | | | |
|---|---|---|---|---|
| | **a. ORGANIZATION'S NAME**<br>Thermo Electron Financial Services Inc. | | | |
| OR | **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-33033126-

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 17608200002
FILING NUMBER: 08-7164456475
FILING DATE: 07/09/2008 06:25
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GOMES ENTERPRISES, LLC | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2900 N ALAMEDA | COMPTON | | CA | 90222 | USA |
| 1d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | | ☐ NONE |
| | LimitedLiabilityComp any | CA | 200208210023 | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | USA |

4. This FINANCING STATEMENT covers the following collateral:
ONE (1) CATERPILLAR 262C SKID STEER LOADER S/N: MST00850And substitutions, replacements, additions and accessions thereto, now owned or
hereafter acquired and proceeds thereof.

5. ALT DESIGNATION: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
CA-0-31168835-001-05

FILING OFFICE COPY

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 17830510002
**FILING NUMBER:** 08-7166727993
**FILING DATE:** 07/28/2008 12:57
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GOMES ENTERPRISES, LLC | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2900 N ALAMEDA | COMPTON | CA | 90222 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | LimitedLiabilityComp any | CA | 200208210023 ☐NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
ONE (1) CATERPILLAR 262C SKID STEER LOADER S/N: MST00849And substitutions, replacements, additions and accessions thereto, now owned or
hereafter acquired and proceeds thereof.

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☐**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]** ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-31345422-001-05

FILING OFFICE COPY

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 18062390002
FILING NUMBER: 08-7168879963
FILING DATE: 08/15/2008 08:23
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: GOMES ENTERPRISES LLC

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2900 N. ALAMEDA | COMPTON | CA | 90222 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|
| | | LimitedLia bilityComp any | CA | CA-200208210023 |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐NONE |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: CITICAPITAL COMMERCIAL CORPORATION

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2208 HIGHWAY 121 | BEDFORD | TX | 76021 | USA |

4. This FINANCING STATEMENT covers the following collateral:
ONE (1)SIERRA MODEL T900 SHEAR/BALER/LOGGER S/N 052808WITH PRELOAD TABLE AND TWO ELECTRIC MOTORSComplete with all present and future
attachments, accessories, replacement parts, repairs, additions and all proceeds thereof.

5. ALT DESIGNATION: ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

8. OPTIONAL FILER REFERENCE DATA
CA-0-31490786-7760 5

FILING OFFICE COPY

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- Sacramento
Suite 100
2730 Gateway Oaks Drive
Sacramento, CA 95833
800-222-2122
916-563-2121 (Fax)

**Matter#**    41150.137
**Project Id :**
**Additional Reference :**  NOT PROVIDED

**Order#**    143991-1
**Order Date**    10/01/2009

| | |
|---|---|
| **Subject:** | **GOMES ENTERPRISES, LLC** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **September 24, 2009** |
| **Result:** | **Certified results retrieved** |

Ordered by PATRICIA NASH at FRANDZEL ROBINS BLOOM & CSATO, L.C.

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Annette Kuhlman
akuhlman@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

04-7003654877
10/25/2004 17:00
FILED
CALIFORNIA SECRETARY OF STATE
SOS
1445470014 UCC 1 FILING

For Optional Use by Recording Office

**Form 668 (Y)(c)** (Rev. February 2004)

1872 Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #13
Lien Unit Phone: (510) 637-2386

Serial Number [redacted]

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer GOMES ENTERPRISES INC , a Corporation

Residence 3101 SUNSET BLVD STE 2-A
ROCKLIN, CA [redacted]

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2004 | [redacted] | 06/21/2004 | 07/21/2014 | 31039.67 |

Place of Filing

SECRETARY OF STATE
SACRAMENTO, CA 94235

Total $ 31039.67

This notice was prepared and signed at OAKLAND, CA , on this, the 19th day of October , 2004.

Signature C Sherwood
for RICHARD HAGUE

Title
REVENUE OFFICER 33-07-3436
(916) 974-5350

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

05-7025307857
04/29/2005 17:00
FILED
CALIFORNIA
SECRETARY OF STATE
SOS

For Optional Use by Recording Office

3480500010 UCC 1 FILING

**Form 668 (Y)(c)** (Rev. February 2004)

1872 Department of the Treasury - Internal Revenue Servi

# Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #13
Lien Unit Phone: (510) 637-2386

Serial Number [redacted]

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer GOMES ENTERPRISES INC , a Corporation

Residence 3101 SUNSET BLVD STE 2-A
ROCKLIN, CA [redacted]

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2004 | [redacted] | 02/14/2005 | 03/16/2015 | 57376.65 |

Place of Filing

SECRETARY OF STATE
SACRAMENTO, CA 94235

Total $ 57376.65

This notice was prepared and signed at OAKLAND, CA, on this, the 27th day of April, 2005.

Signature C Sherwood
for RICHARD HAGUE

Title
REVENUE OFFICER 33-07-3436
(916) 974-5350

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

Recording Requested By Internal Revenue Service. When recorded mail to:

INTERNAL REVENUE SERVICE
1301 CLAY ST #1400-S
OAKLAND, CA 94612

05-7026278299
05/09/2005 17:00

SOS

FILED
CALIFORNIA
SECRETARY OF STATE

3578420022 UCC 1 FILING

For Optional Use by Recording Office

**Form 668 (Y)(c)**
(Rev. February 2004)

1872 Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Area: SMALL BUSINESS/SELF EMPLOYED AREA #13
Lien Unit Phone: (510) 637-2386

Serial Number [redacted]

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer GOMES ENTERPRISES INC , a Corporation

Residence 3101 SUNSET BLVD STE 2-A
ROCKLIN, CA [redacted]

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2004 | [redacted] | 06/21/2004 | 07/21/2014 | 14262.62 |
| 941 | 09/30/2004 | [redacted] | 02/14/2005 | 03/16/2015 | 57376.65 |
| 941 | 12/31/2004 | [redacted] | 04/04/2005 | 05/04/2015 | 57700.00 |

Place of Filing

SECRETARY OF STATE
SACRAMENTO, CA 94235

Total $ 129339.27

This notice was prepared and signed at OAKLAND, CA, on this, the 05th day of May, 2005.

Signature C Sherwood
for RICHARD HAGUE

Title
REVENUE OFFICER 33-07-3436
(916) 974-5350

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

**CORPORATION SERVICE COMPANY**

www.cscglobal.com

CSC- Sacramento
Suite 100
2730 Gateway Oaks Drive
Sacramento, CA 95833
800-222-2122
916-563-2121 (Fax)

**Matter#** 41150.137
**Project Id :**
**Additional Reference :** NOT PROVIDED

**Order#** 143991-1
**Order Date** 10/01/2009

| | |
|---|---|
| **Subject:** | **GOMES ENTERPRISES, LLC** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **State Tax Lien Search** |
| **Thru Date:** | **September 24, 2009** |
| **Result:** | **Certified results retrieved** |
| **No. of judgments included:** | 1 |

Ordered by PATRICIA NASH at FRANDZEL ROBINS BLOOM & CSATO, L.C.

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Annette Kuhlman
akuhlman@cscinfo.com

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

*Recording Requested by*

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

**08-7175128817**
**10/09/2008 17:00**

SOS

FILED
CALIFORNIA
SECRETARY OF STATE

18738090002 UCC 1 FILING

## NOTICE OF STATE TAX LIEN

FILED WITH: SECRETARY OF STATE CERTIFICATE NUMBER: 08280331311

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer(s) as follows:

| | |
|---|---|
| Name of Taxpayer(s) | : GOMES ENTERPRISES INC. |
| FTB Account Number | : 2462249000 |
| Corporation Number | : 2462249000 |
| FEIN | : 331023650000 |
| SOS Number | : |
| Last Known Address | : 3101 SUNSET BLVD STE 2A<br>ROCKLIN CA 95677-3097 |
| For Taxable Year(s) | : 12/06, 12/05, 12/04, 12/03 |
| Amount Due | : $37,738.31 |

Further interest and fees will accrue at the rate prescribed by law until paid; that the Franchise Tax Board of the State of California complied with all of the provisions of parts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State of California in computing, levying, determining and assessing the tax; the said amounts are due and payable and have not been paid. Said lien attaches to all property and rights to such property now owned or later acquired by the taxpayer.

IN WITNESS WHEREOF, the Franchise Tax Board of the State of California has duly authorized the undersigned to execute this Notice in its name.

DATED: 10/06/08

FRANCHISE TAX BOARD
of the State of California

Collection Bureau
Telephone Number: (916) 845-6500

By: [signature]

Authorized facsimile signature.

FTB 2930 V6M BC ARCS (REV 09-2006)

# EXHIBIT 2

D&B
Decide with Confidence

# Comprehensive Report

Print this Report

ATTN: **LexisNexis**

Report Printed: OCT 08 2009

## Overview

BUSINESS SUMMARY

**GOMES ENTERPRISES, LLC**
A TO Z METALS
**2900 N Alameda St**
**Compton, CA 90222**

**D&B D-U-N-S Number:** 11-036-2436

This is a **single** location.

| | |
|---|---|
| **Telephone:** | 310 608-5321 |
| **Fax:** | 310 608-0281 |
| **Manager:** | DAVID GOMES, MEMBER |
| **Year started:** | 2002 |
| **Employs:** | 45 |
| **Sales E:** | $220,000,000 |
| **History:** | CLEAR |
| **Financing:** | SECURED |
| **SIC:** | 5093 |
| **Line of business:** | Whol scrap/waste material |

**Credit Score Class: 2**

Moderate risk of severe payment delinquency over next 12 months

**Financial Stress Class: 1**

Low risk of severe financial stress over the next 12 months

**D&B PAYDEXÂ®: 76**

When weighted by dollar amount, payments to suppliers average 6 days beyond terms.

| | |
|---|---|
| **D&B Rating:** | **1R3** |
| **Number of employees:** | 1R is **10 or more** employees. |
| **Composite credit appraisal:** | 3 is **fair.** |

EXECUTIVE SUMMARY

The **Financial Stress Class of 1** for this company shows that firms with this classification had a failure rate of 1.2% (120 per 10,000), which is lower than the average of businesses in D&B's database

The **Credit Score class of 2** for this company shows that 4.6% of firms with this classification paid one or more bills severely delinquent, which is lower than the average of businesses in D&B's database.

| **Predictive Scores** | **This Business** | **Comments** |
|---|---|---|
| **Financial Stress Class** | 1 | Failure Rate lower than the average of businesses in D&B's database |
| **Financial Stress Score** | 1450 | Highest Risk: 1,001; Lowest Risk: 1,875 |
| **Credit Score Class** | 2 | Probability of Severely Delinquent Payment is lower than the average of businesses in D&B's database. |
| **Credit Score** | 509 | Highest Risk: 101; Lowest Risk: 670 |
| **Other Key Indicators** | | |
| **PAYDEX Scores** | 6 days beyond terms | Pays more slowly than the average for its industry of 5 days beyond terms |
| **Industry Median** | 5 days beyond terms | |
| **Present management control** | 7 years | |

| | |
|---|---|
| **UCC Filings** | UCC filing(s) are reported for this business |
| **Public Filings** | No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database |
| **Financing** | Is secured |
| **History** | Is clear |

CREDIT CAPACITY SUMMARY

**D&B Rating:** **1R3**
**Number of employees:** 1R indicates **10 or more** employees.
**Composite credit appraisal:** 3 is **fair**.

The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

| | | | |
|---|---|---|---|
| **Sales:** | $220,000,000 | **Payment Activity:** | |
| **# of Employees Total:** | 45 | (based on 43 experiences) | |
| | | **Average High Credit:** | $9,856 |
| | | **Highest Credit:** | $95,000 |
| | | **Total Highest Credit:** | $356,100 |

**Jump to:**

Overview | Payments | Public Filings | History & Operations | Banking & Finance

# Scores ☑ D&B EXCLUSIVE

FINANCIAL STRESS SUMMARY

The Financial Stress Summary Model predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&B's extensive data files.

**Financial Stress Class: 1**

High
Moderate
Low
5
4
3
2
1

Low risk of severe financial stress, such as a bankruptcy, over the next 12 months.

**Incidence of Financial Stress**

| | |
|---|---|
| Among Businesses with this Class: | 1.20% (120 per 10,000) |
| Average of Businesses in D&B's Database: | 2.60% (260 per 10,000) |

**Financial Stress National Percentile: 85** (Highest Risk: 1; Lowest Risk: 100)

**Financial Stress Score: 1450** (Highest Risk: 1,001; Lowest Risk: 1,875)

The Financial Stress Score of this business is based on the following factors:

- No record of open suit(s), lien(s), or judgment(s) in the D&B files.
- 23% of trade dollars indicate slow payment(s) are present.
- Payment experiences exist for this firm which are greater than 60 days past due.
- Control age or date entered in D&B files indicates higher risk.

**Notes:**

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations with loss to creditors. The Average Incidence of Financial Stress is based on businesses in D&B's database and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on sample data from 2004.

| Norms | National % |
|---|---|
| This Business | 85 |



| | |
|---|---|
| Region: **PACIFIC** | 50 |
| Industry: **WHOLESALE** | 58 |
| Employee Range: **20-99** | 80 |
| Years in Business: **6-10** | 37 |

This business has a Financial Stress Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

CREDIT SCORE CLASS SUMMARY

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment information in D&B's files.

**Credit Score Class: 2**

Moderate risk of severe payment delinquency over next 12 months.

**Incidence of Delinquent Payment**

| | |
|---|---|
| Among Companies with this Class: | 4.60% |
| Average Compared to Businesses in D&B's Database: | 20.10% |

**Credit Score Percentile: 77** (Highest Risk: 1; Lowest Risk: 100)

**Credit Score: 509** (Highest Risk: 101; Lowest Risk: 670)

The Credit Score of this business is based on the following factors:

- No record of open suit(s), lien(s), or judgment(s) in the D&B files.

**Notes:**

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses.For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&B's files.
- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Credit Class, Percentile, Score and Incidence statistics are based on sample data from 2004.

| Norms | National % |
|---|---|
| This Business | 77 |
| Region: **PACIFIC** | 52 |



Financial Stress Norms Comparison (%)
Percentile (%)
100
90
80
70
60
50
40
30
20
10
0
85%
50%
58%
80%
37%
This Business
Region
Industry
Employee Range
Years in Business
Region=PACIFIC
Industry=WHOLESALE
Employee Range=20-99
Years in Business=6-10

| | |
|---|---|
| Industry: **WHOLESALE** | 60 |
| Employee Range: **20-99** | 69 |
| Years in Business: **6-10** | 54 |

This business has a Credit Score Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

**Jump to:**

Overview | Scores | Public Filings | History & Operations | Banking & Finance

# Payments D&B EXCLUSIVE

PAYMENT TRENDS

| | |
|---|---|
| **Total Payment Experiences for the HQ in D&B's File:** | 43 |
| **Payments Within Terms:** (not dollar weighted) | 85% |
| **Total Placed For Collection:** | 0 |
| **Average Highest Credit:** | $9,856 |
| **Largest High Credit:** | $95,000 |
| **Highest Now Owing:** | $90,000 |
| **Highest Past Due:** | $7,500 |

| | | |
|---|---|---|
| **Current PAYDEX is:** | **76** | equal to 6 days beyond terms |
| **Industry Median is:** | **77** | equal to 5 days beyond terms |
| **Payment Trend currently is:** | ⟷ | **unchanged,** compared to payments three months ago |

Indications of slowness can be the result of dispute over merchandise, skipped invoices, etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

**PAYDEX Scores**

Shows the D&B PAYDEX scores as calculated on the most recent 3 months and up to 24 months of payment experiences.

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to payment experiences as reported to D&B by trade references. A detailed explanation of how to read and interpret PAYDEX scores can be found at the end of this report.

3-Month D&B PAYDEX: 73
When weighted by dollar amount, payments to suppliers average 11 days beyond terms.
0
100
120 days slow
30 days slow
Prompt
Anticipates

Based on payments collected over last 3 months.

D&B PAYDEX: 76
When weighted by dollar amount, payments to suppliers average 6 days beyond terms.
0
100
120 days slow
30 days slow
Prompt
Anticipates

Based on up to 24 months of payments.

**PAYDEX Yearly Trend**

**PAYDEX Scores Comparison to Industry**

| | 11/08 | 12/08 | 1/09 | 2/09 | 3/09 | 4/09 | 5/09 | 6/09 | 7/09 | 8/09 | 9/09 | 10/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **This Business** | 77 | 77 | 77 | 76 | 76 | 76 | 76 | 76 | 76 | 76 | 75 | 76 |
| **Industry Quartiles** | | | | | | | | | | | | |
| Upper | | 80 | | | 80 | | | 79 | | | 80 | |
| Median | | 77 | | | 77 | | | 77 | | | 77 | |
| Lower | | 71 | | | 71 | | | 71 | | | 72 | |

Shows the trend in D&B PAYDEX scoring over the past 12 months.

**Last 12 Months**

Based on payments collected over the last 12 months.

- Current PAYDEX for this Business is 76, or equal to 6 days beyond terms
- The 12-month high is **77**, or equal to 5 days beyond terms
- The 12-month low is **75**, or equal to 8 days beyond terms

---

**PAYDEX Comparison to Industry**

Shows PAYDEX scores of this Business compared to the Primary Industry from each of the last four quarters. The Primary Industry is Whol scrap/waste material, based on SIC code 5093.

**Quarterly PAYDEX Scores Comparison to Industry**

Previous Year

| | 12/07 | 3/08 | 6/08 | 9/08 |
|---|---|---|---|---|
| **This Business** | 77 | 76 | 78 | 77 |
| **Industry Quartiles** | | | | |
| Upper | 80 | 80 | 80 | 80 |
| Median | 77 | 77 | 77 | 77 |
| Lower | 72 | 71 | 71 | 71 |

Current Year

| | 12/08 | 3/09 | 6/09 | 9/09 |
|---|---|---|---|---|
| **This Business** | 77 | 76 | 76 | 75 |
| **Industry Quartiles** | | | | |
| Upper | 80 | 80 | 79 | 80 |
| Median | 77 | 77 | 77 | 77 |
| Lower | 71 | 71 | 71 | 72 |

**Last 12 Months**

Based on payments collected over the last 4 quarters.

| **Score Comparison Key:** | ▷ This Business | ▲ Industry upper quartile |
|---|---|---|
| | | ■ Industry median |
| | | ▼ Industry lower quartile |

- Current **PAYDEX** for this Business is **76**, or equal to 6 days beyond terms
- The present industry **median score** is **77**, or equal to 5 days beyond terms.

- Industry upper quartile represents the performance of the payers in the 75th percentile
- Industry lower quartile represents the performance of the payers in the 25th percentile

**Payment Habits**

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences used to calculate the percentage, and the total dollar value of the credit extended.

| $ Credit Extended | % of Payments Within Terms | # Payment Experiences | $ Total Dollar Amount |
|---|---|---|---|
| Over 100,000 | 0% | 0 | $0 |
| 50,000-100,000 | 74% | 2 | $185,000 |
| 15,000-49,999 | 77% | 4 | $100,000 |
| 5,000-14,999 | 81% | 6 | $47,500 |
| 1,000-4,999 | 80% | 9 | $16,500 |
| Under 1,000 | 85% | 15 | $5,850 |

Based on up to 24 months of payments.

Payment experiences reflect how bills are met in relation to the terms granted. In some instances, payment beyond terms can be the result of disputes over merchandise, skipped invoices, etc.

**PAYMENT SUMMARY**

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

There are 43 payment experiences in D&B's file, with 19 experiences reported during the last three month period.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

| | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 (%) | 31-60 | 61-90 | 90> |
|---|---|---|---|---|---|---|---|---|
| **Top industries:** | | | | | | | | |
| Nonclassified | 6 | 23,050 | 15,000 | 67 | 33 | 0 | 0 | 0 |
| Misc business credit | 3 | 11,000 | 10,000 | 100 | 0 | 0 | 0 | 0 |
| Whol scrap material | 2 | 185,000 | 95,000 | 74 | 26 | 0 | 0 | 0 |
| Radiotelephone commun | 2 | 22,500 | 20,000 | 100 | 0 | 0 | 0 | 0 |
| Short-trm busn credit | 2 | 1,500 | 1,000 | 100 | 0 | 0 | 0 | 0 |
| Telephone communictns | 2 | 1,000 | 750 | 100 | 0 | 0 | 0 | 0 |
| Photocopying service | 2 | 500 | 500 | 0 | 0 | 0 | 100 | 0 |
| Data processing svcs | 2 | 350 | 250 | 100 | 0 | 0 | 0 | 0 |
| Steel wiredrawing | 1 | 35,000 | 35,000 | 100 | 0 | 0 | 0 | 0 |
| Mfg calculating eqpt | 1 | 30,000 | 30,000 | 50 | 50 | 0 | 0 | 0 |
| Whol petroleum prdts | 1 | 10,000 | 10,000 | 50 | 50 | 0 | 0 | 0 |
| Industrial launderer | 1 | 7,500 | 7,500 | 50 | 0 | 0 | 0 | 50 |
| Natnl commercial bank | 1 | 7,500 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Whol const/mine equip | 1 | 7,500 | 7,500 | 100 | 0 | 0 | 0 | 0 |
| Whol electrical equip | 1 | 5,000 | 5,000 | 100 | 0 | 0 | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hvy const eqpt rental | 1 | 2,500 | 2,500 | 50 | 50 | 0 | 0 | 0 |
| Ret auto supplies | 1 | 1,000 | 1,000 | 0 | 50 | 50 | 0 | 0 |
| Mfg cleaning products | 1 | 1,000 | 1,000 | 0 | 100 | 0 | 0 | 0 |
| Misc general gov't | 1 | 750 | 750 | 100 | 0 | 0 | 0 | 0 |
| Misc equipment rental | 1 | 750 | 750 | 100 | 0 | 0 | 0 | 0 |
| Mfg photograph equip | 1 | 750 | 750 | 50 | 50 | 0 | 0 | 0 |
| Security systems svcs | 1 | 500 | 500 | 100 | 0 | 0 | 0 | 0 |
| Whol service paper | 1 | 100 | 100 | 100 | 0 | 0 | 0 | 0 |
| Admin economic prgm | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Whol electronic parts | 1 | 50 | 50 | 100 | 0 | 0 | 0 | 0 |
| Misc business service | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 4 | 1,250 | 750 | | | | | |
| Payment record unknown | 0 | 0 | 0 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | 0 | | | | | |
| Other | 0 | N/A | 0 | | | | | |
| Total in D&B's file | 43 | | 95,000 | | | | | |

The highest **Now Owes** on file is $90,000 The highest **Past Due** on file is $7,500

Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed. Indications of slowness can be result of dispute over merchandise, skipped invoices, etc.

PAYMENT DETAILS

**Detailed payment history for this company**

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 09/09 | Ppt-Slow 30 | 15,000 | 5,000 | 0 | | 1 mo |
| | Ppt-Slow 30 | 750 | 250 | | | 2-3 mos |
| 08/09 | Ppt | 20,000 | 0 | 0 | | 1 mo |
| | Ppt | 10,000 | 2,500 | 0 | N30 | 1 mo |
| | Ppt | 7,500 | 2,500 | 0 | | 1 mo |
| | Ppt | 2,500 | 2,500 | 50 | | 1 mo |
| | Ppt | 2,500 | 0 | 0 | | 6-12 mos |
| | Ppt | 2,500 | 0 | 0 | | 1 mo |
| | Ppt | 1,000 | 1,000 | 0 | | 1 mo |
| | Ppt | 750 | 250 | | Lease Agreemnt | |
| | Ppt | 500 | 500 | 0 | | 1 mo |
| | Ppt | 250 | 100 | 0 | | 1 mo |
| | Ppt | 100 | 0 | 0 | | 1 mo |
| | Ppt-Slow 30 | 10,000 | 10,000 | 5,000 | N15 | 1 mo |
| | Ppt-Slow 30 | 2,500 | 1,000 | 1,000 | N30 | 1 mo |
| | Ppt-Slow 90+ | 7,500 | 5,000 | 2,500 | | 1 mo |
| | Slow 5 | 1,000 | | | N10 | 1 mo |
| | Slow 30-60 | 1,000 | 1,000 | 1,000 | | 1 mo |
| 07/09 | Ppt | 5,000 | 500 | 0 | N30 | 1 mo |
| 06/09 | Ppt | 50 | 50 | 0 | | 2-3 mos |
| | Ppt | 0 | 0 | | | 2-3 mos |
| | Slow 90 | 500 | 500 | | | 1 mo |
| | (023) | 750 | | | | 1 mo |
| | Satisfactory. | | | | | |
| 05/09 | Ppt-Slow 30 | 30,000 | 0 | 0 | | 4-5 mos |
| 03/09 | Ppt | 50 | | | | 1 mo |
| 02/09 | Ppt | | 0 | 0 | | 1 mo |
| | Ppt | | 1,000 | 750 | | 1 mo |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/09 | (028) | 0 | | | Cash account | 4-5 mos |
| 12/08 | Ppt | 500 | 500 | 0 | | 1 mo |
| 10/08 | Ppt | 2,500 | 2,500 | 0 | | 1 mo |
| 08/08 | Ppt | 35,000 | 0 | 0 | | 1 mo |
| 07/08 | Ppt | 100 | 0 | 0 | | 6-12 mos |
| 04/08 | Ppt | 500 | 0 | 0 | | 6-12 mos |
| | (034) | 750 | 0 | 0 | | 6-12 mos |
| | Cash own option. | | | | | |
| | (035) | 250 | 0 | 0 | | 6-12 mos |
| | Cash own option. | | | | | |
| | (036) | 250 | 0 | 0 | | 6-12 mos |
| | Cash own option. | | | | | |
| 12/07 | Ppt | 750 | 0 | 0 | | 6-12 mos |
| | Ppt | 250 | 0 | 0 | | 6-12 mos |
| | Ppt | 0 | 0 | 0 | | 6-12 mos |
| 10/07 | Ppt | 7,500 | 0 | 0 | N30 | 6-12 mos |
| | Ppt | 50 | 0 | 0 | N30 | 6-12 mos |
| 09/07 | Ppt | 90,000 | 0 | 0 | N30 | 6-12 mos |
| | Ppt-Slow 15 | 95,000 | 90,000 | 7,500 | | 1 mo |

Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

---

**Jump to:**

Overview | Scores | Payments | History & Operations | Banking & Finance

# Public Filings

PUBLIC FILINGS

The following data includes both open and closed filings found in D&B's database on the subject company.

| Record Type | # of Records | Most Recent Filing Date |
|---|---|---|
| **Bankruptcy Proceedings** | 0 | - |
| **Judgments** | 0 | - |
| **Liens** | 0 | - |
| **Suits** | 0 | - |
| **UCC's** | 18 | 09/23/2008 |

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

UCC FILINGS

**Collateral:** All Assets including proceeds and products - All Negotiable instruments including proceeds and products - All Inventory including proceeds and products - All Account(s) including proceeds and products - and OTHERS
**Type:** Original
**Sec. party:** U.S. BAN NATIONAL ASSOCIATION, PORTLAND, OR
**Debtor:** GOMES ENTERPRISES, LLC
**Filing number:** 0335360858
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 12/15/2003
**Latest Info Received:** 01/02/2004

**Collateral:** All Negotiable instruments including proceeds and products - All Inventory including proceeds and products - All Account(s) including proceeds and products - All Timber including proceeds and products - and OTHERS
**Type:** Original
**Sec. party:** CENTER BANK, LOS ANGELES, CA
**Debtor:** A TO Z METALS and OTHERS
**Filing number:** 0319260004
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 07/09/2003
**Latest Info Received:** 07/30/2003

**Collateral:** All Negotiable instruments including proceeds and products - All Inventory including proceeds and

products - All Account(s) including proceeds and products - All Timber including proceeds and products - and OTHERS

**Type:** Original
**Sec. party:** A TO Z METALS, COMPTON, CA
**Debtor:** GOMES ENTERPRISES, LLC
**Filing number:** 0316360069
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 06/11/2003
**Latest Info Received:** 06/24/2003

---

**Collateral:** Negotiable instruments including proceeds and products - Inventory including proceeds and products - Account(s) including proceeds and products - Assets including proceeds and products - and OTHERS
**Type:** Original
**Sec. party:** U.S. BANK NATIONAL ASSOCIATION, PORTLAND, OR
**Debtor:** GOMES ENTERPRISES, LLC
**Filing number:** 0400661050
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 12/30/2003
**Latest Info Received:** 01/19/2004

---

**Collateral:** All Inventory and proceeds - All Account(s) and proceeds - All General intangibles(s) and proceeds - All Equipment and proceeds - All Chattel paper and proceeds
**Type:** Original
**Sec. party:** HANMI BANK, LOS ANGELES, CA
**Debtor:** GOMES ENTERPRISES, LLC
**Filing number:** 057032334198
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 06/28/2005
**Latest Info Received:** 07/11/2005

---

**Type:** Amendment
**Sec. party:** HANMI BANK, LOS ANGELES, CA
**Debtor:** A TO Z METALS and OTHERS
**Filing number:** 0570495304
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 11/22/2005
**Latest Info Received:** 11/23/2005
**Original UCC filed date:** 06/28/2005
**Original filing no.:** 057032334198

---

**Collateral:** Accounts receivable including proceeds and products - Inventory including proceeds and products - Contract rights including proceeds and products - Equipment including proceeds and products
**Type:** Original
**Sec. party:** KEB LA FINANCIAL CORP., LOS ANGELES, CA
**Debtor:** A TO Z METALS (DBA) and OTHERS
**Filing number:** 087172907405
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 09/23/2008
**Latest Info Received:** 10/02/2008

---

**Collateral:** Equipment and proceeds
**Type:** Original
**Sec. party:** CATERPILLAR FINANCIAL SERVICES CORPORATION, NASHVILLE, TN
**Debtor:** GOMES ENTERPRISES, LLC
**Filing number:** 087164456475
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 07/09/2008
**Latest Info Received:** 07/17/2008

---

**Collateral:** Equipment and proceeds
**Type:** Original
**Sec. party:** RICOH CUST. FINANCE CORP., WAYNE, PA
**Debtor:** GOMES ENTERPRISES LLC
**Filing number:** 2007 0304872
**Filed with:** SECRETARY OF STATE/UCC DIVISION, DOVER, DE

**Date filed:** 01/24/2007
**Latest Info Received:** 05/21/2007

---

**Collateral:** Equipment and proceeds
**Type:** Original
**Sec. party:** VFS US LLC, GREENSBORO, NC
**Debtor:** GOMES ENTERPRISES, LLC
**Filing number:** 0401660050
**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 01/12/2004
**Latest Info Received:** 01/26/2004

---

**Collateral:** Equipment and proceeds
**Type:** Original
**Sec. party:** CATERPILLAR FINANCIAL SERVICES CORPORATION, NASHVILLE, TN
**Debtor:** GOMES ENTERPRISES, LLC and OTHERS
**Filing number:** 0224160846

**Filed with:** SECRETARY OF STATE/UCC DIVISION, SACRAMENTO, CA

**Date filed:** 08/29/2002
**Latest Info Received:** 09/24/2002

There are additional UCC's in D&B's file on this company available by contacting 1-800-234-3867.

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

GOVERNMENT ACTIVITY

**Activity summary**

| | |
|---|---|
| Borrower (Dir/Guar): | NO |
| Administrative debt: | NO |
| Contractor: | NO |
| Grantee: | NO |
| Party excluded from federal program(s): | NO |

**Possible candidate for socio-economic program consideration**

| | |
|---|---|
| Labor surplus area: | YES (2009) |
| Small Business: | YES (2009) |
| 8(A) firm: | N/A |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

---

**Jump to:**

Overview | Scores | Payments | Public Filings | Banking & Finance

# History & Operations

HISTORY

The following information was reported **07/08/2009**:

**Management:** DAVID GOMES, MEMBER
SAM LEE, MEMBER
STEVE HWANG, MEMBER

The California Secretary of State's business registrations file showed that Gomes Enterprises LLC was registered as Limited Liability Company on March 21, 2002.

Ownership information provided verbally by David Gomes, Member, on Dec 11 2008.

Business started 2002 by the members.

DAVID GOMES born 1975. 2002-present active here. 1993-2002 active as vice president with Los Angeles Scrap, Los Angeles, CA; discontinued business successfully with no outstanding debts.

SAM LEE born 1963. 2002-present active here. 1993-present active also with Sam Lee Enterprises, Inc, Westminster, CA.

STEVE HWANG born 1964. 2002-present active here. 1993-present active also with Sam Lee Enterprises, Inc, Westminster, CA.

---

Business address has changed from 400 E Weber Ave, Compton, CA, 90222 to 2900 N Alameda, Compton, CA, 90222.

BUSINESS REGISTRATION

CORPORATE AND BUSINESS REGISTRATIONS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE AS OF OCT 02 2009:

This data is for informational purposes only, certification can only be obtained through the Sacramento Office of the California Secretary of State.

| | |
|---|---|
| **Registered Name:** | GOMES ENTERPRISES, LLC |
| **Business type:** | LIMITED LIABILITY COMPANY |
| **State of organization:** | CALIFORNIA |
| **Filing date:** | MAR 21 2002 |
| **Registration ID:** | 200208210023 |
| **Status:** | ACTIVE |
| **Where filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION, SACRAMENTO, CA |
| **Registered agent:** | DAVID GOMES, 2900 N ALAMEDA ST, COMPTON, CA, 902220000 |
| **Principals:** | DAVID GOMES, MANAGER/MEMBER, 2900 N ALAMEDA ST, COMPTON, CA, 902220000 |

OPERATIONS

**Description:** Operates as a wholesaler of scrap or waste materials, specializing in ferrous metal scrap (100%).

Has 200 account(s). Terms are Net 30 days. Sells to commercial concerns. Territory : International.

Nonseasonal.

**Employees:** 45 which includes partners.

**Facilities:** Owns 7,000 sq. ft. in a one story brick building.

**Location:** Industrial section on main street.

SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

50930201 Ferrous metal scrap and waste

**NAICS:**
423930 Recyclable Material Merchant Wholesalers

**Jump to:**

Overview | Scores | Payments | Public Filings | History & Operations

# Banking & Finance

KEY BUSINESS RATIOS

D&B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.
To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

**Based on this number of establishments:** 26

**Industry Norms based on 26 establishments**

| | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| **Return on Sales** | UN | 4.7 | UN |
| **Return on Net Worth** | UN | 33.1 | UN |
| **Short-Term Solvency** | | | |
| **Current Ratio** | UN | 3.0 | UN |
| **Quick Ratio** | UN | 1.9 | UN |
| **Efficiency** | | | |
| **Assets Sales** | UN | 18.8 | UN |
| **Sales / Net Working Capital** | UN | 16.1 | UN |
| **Utilization** | | | |
| **Total Liabs / Net Worth** | UN | 49.2 | UN |

UN = Unavailable

FINANCE

**12/11/2008**

On DEC 11 2008 David Gomes, Member, deferred financial statement.

David Gomes submitted the following partial estimates dated DEC 11 2008:

Sales for 2007 were $220,000,000.

David Gomes, Member,Although the sales figure reported for 2007 appeared to be significantly higher than the industry norm , David Gomes, Member, stated that the sales figure for the 2007 was $ 220,000,000 since the business had incresed the number of employees.

CUSTOMER SERVICE

If you need any additional information or have any questions, please call the D&B Online Customer Customer Service Center at 1-800-234-3867