Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California  90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor Hanmi Bank

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>GOMES ENTERPRISES, LLC d/b/a A TO Z METALS,<br><br>           Alleged Debtor. | CASE No. 2:10-bk-14738-RN<br><br>Chapter 11<br><br>**HANMI BANK'S MOTION TO DISMISS CHAPTER 11 INVOLUNTARY PETITION**<br><br>[Hearing Requested]<br><br>[Application For Order Setting Hearing On Shortened Notice And Related Order Submitted Concurrently Herewith]<br><br>DATE: _____, 2010<br>TIME: _____ \_.m.<br>CRTRM.: 1652<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

**TO THE HONORABLE RICHARD M. NEITER, THE ALLEGED DEBTOR, AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:**

**COMES NOW**, Hanmi Bank ("Hanmi"), Petitioning Creditor, and files this Motion to Dismiss (the "Motion to Dismiss") the Chapter 11 Involuntary Petition as against GOMES ENTERPRISES, LLC, d/b/a A to Z METALS, the Alleged Chapter 11 Debtor and Debtor in Possession herein ("Gomes" or the "Alleged Debtor"), and in support thereof Hanmi respectfully states and shows to the Court as follows:

681690.1 | 041150-0137

1

HANMI BANK'S MOTION TO DISMISS CHAPTER 11 INVOLUNTARY PETITION

1. On February 10, 2010, Hanmi filed its Involuntary Petition for Relief against the Alleged Debtor.

2. On February 17, 2010, the Alleged Debtor filed its Motion for Order approving that that certain Stipulation entered into between the Alleged Debtor and U.S. Bank National Association ("U.S. Bank") (1) Authorizing Continued Use of Funds; and (2) Granting of Post-Petition Liens and Adequate Protection to U.S. Bank (the "Cash Collateral Motion").

3. At the hearing on the Cash Collateral Motion held on February 24, 2010, the Court ordered U.S. Bank, Hanmi and the Alleged Debtor to meet and confer.  As a result of those meet and confer efforts, Hanmi and the Alleged Debtor have reached a tentative agreement resolving the disputes between themselves.  Hanmi and the Alleged Debtor further believe that it is in the best interest of the Alleged Debtor, its Estate and creditors to dismiss the Involuntary Petition and to resolve such disputes outside of the context of this Chapter 11 case.

4. Bankruptcy Code section 303(j) provides that the Court may dismiss a petition filed under section 303 "after notice to all creditors and a hearing" for any one of certain enumerated reasons, including the following:  "(1) on the motion of a petitioner; (2) on consent of all petitioners and the debtor …."  11 U.S.C. § 303(j).  Hanmi, as Petitioning Creditor, moves to dismiss the Involuntary Petition.  Further, the Alleged Debtor has advised that it does not oppose the relief requested in the Motion to Dismiss and that it consents to such relief.  Also, Hanmi is serving this Motion to Dismiss and a concurrently submitted Application for Order Shortening Time and Setting Hearing on Shortened Notice with respect to this Motion to Dismiss on all creditors by telephone, e-mail notification, and/or overnight delivery. For all of the reasons set forth above, Hanmi submits that good cause exists to dismiss the Involuntary Petition.

5. Hanmi respectfully requests that this Motion to Dismiss and the related Court Order shall be without prejudice to the rights, remedies or defenses of Hanmi, the Alleged Debtor, or any other party which claims to be affected by the filing.

1    WHEREFORE, Hanmi respectfully requests that the Court enter an Order dismissing the
2  Chapter 11 Involuntary Petition as to the Alleged Debtor, and reserving all rights, remedies or
3  defenses of Hanmi, the Alleged Debtor, or any other party which claims to be affected by the
4  filing.

6  DATED: March 5, 2010             FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                    BERNARD R. GIVEN II
7                                   HAL D. GOLDFLAM

9                                   By:  /s/ Bernard R. Given
                                         BERNARD R. GIVEN, II
10                                       Attorneys for HANMI BANK

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

681690.1 | 041150-0137

3

HANMI BANK'S MOTION TO DISMISS CHAPTER 11 INVOLUNTARY PETITION