Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor Hanmi Bank

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOMES ENTERPRISES, LLC d/b/a A TO Z METALS,<br><br>Alleged Debtor. | CASE No. 2:10-bk-14738-RN<br><br>Chapter 7<br><br>**HANMI BANK'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 INVOLUNTARY PETITION**<br><br>**Hearing**<br><br>DATE:  March 10, 2010<br>TIME:  2:00 p.m.<br>CRTRM.: 1660<br>255 E. Temple Street<br>Los Angeles, CA 90012<br>(Hon. Barry Russell) |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE; THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE ALLEGED DEBTOR; AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Local Bankruptcy Rule 9075-1(b), the Court has scheduled a hearing on Petitioning Creditor Hanmi Bank's Motion to Dismiss (the "Motion to Dismiss") the Chapter 7 Involuntary Petition as against GOMES ENTERPRISES, LLC, d/b/a A to

1  Z METALS, the Alleged Chapter 7 Debtor and Debtor in Possession herein, to take place on

2  March 10, 2010 at 2:00 p.m., before the Honorable Barry Russell, United States Bankruptcy

3  Judge, in Courtroom 1660, 255 E. Temple Street, Los Angeles, CA 90012.

4  **PLEASE TAKE FURTHER NOTICE** that any opposition or reply with respect to the

5  Motion to Dismiss may be made at or before the time of the hearing on the Motion.

7  DATED: March 8, 2010              FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                      BERNARD R. GIVEN II
8                                     HAL D. GOLDFLAM

10                                    By:  /s/ Bernard R. Given
                                           BERNARD R. GIVEN, II
11                                         Attorneys for HANMI BANK

HANMI BANK'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 INVOLUNTARY PETITION

## MOTION

**COMES NOW**, Hanmi Bank ("Hanmi"), Petitioning Creditor, and files this Motion to Dismiss (the "Motion to Dismiss") the Chapter 7 Involuntary Petition as against GOMES ENTERPRISES, LLC, d/b/a A to Z METALS, the Alleged Chapter 7 Debtor and Debtor in Possession herein ("Gomes" or the "Alleged Debtor"), and in support thereof Hanmi respectfully states and shows to the Court as follows:

1. On February 10, 2010, Hanmi filed its Involuntary Petition for Relief against the Alleged Debtor.

2. On February 17, 2010, the Alleged Debtor filed its Motion for Order approving that that certain Stipulation entered into between the Alleged Debtor and U.S. Bank National Association ("U.S. Bank") (1) Authorizing Continued Use of Funds; and (2) Granting of Post-Petition Liens and Adequate Protection to U.S. Bank (the "Cash Collateral Motion").

3. At the hearing on the Cash Collateral Motion held on February 24, 2010, the Court ordered U.S. Bank, Hanmi and the Alleged Debtor to meet and confer. As a result of those meet and confer efforts, Hanmi and the Alleged Debtor have reached a tentative agreement resolving the disputes between themselves. Hanmi and the Alleged Debtor further believe that it is in the best interest of the Alleged Debtor, its Estate and creditors to dismiss the Involuntary Petition and to resolve such disputes outside of the context of this Chapter 7 case.

4. Bankruptcy Code section 303(j) provides that the Court may dismiss a petition filed under section 303 "after notice to all creditors and a hearing" for any one of certain enumerated reasons, including the following: "(1) on the motion of a petitioner; (2) on consent of all petitioners and the debtor ...." 11 U.S.C. § 303(j). Hanmi, as Petitioning Creditor, moves to dismiss the Involuntary Petition. Further, the Alleged Debtor has advised that it does not oppose the relief requested in the Motion to Dismiss and that it consents to such relief. Also, Hanmi is serving this Motion to Dismiss and a concurrently submitted Application for Order Shortening Time and Setting Hearing on Shortened Notice with respect to this Motion to Dismiss on all creditors by telephone, e-mail notification, and/or overnight delivery. For all of the reasons set forth above, Hanmi submits that good cause exists to dismiss the Involuntary Petition.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1      5.      Hanmi respectfully requests that this Motion to Dismiss and the related Court Order shall be without prejudice to the rights, remedies or defenses of Hanmi, the Alleged Debtor, or any other party which claims to be affected by the filing.

     WHEREFORE, Hanmi respectfully requests that the Court enter an Order dismissing the Chapter 7 Involuntary Petition as to the Alleged Debtor, and reserving all rights, remedies or defenses of Hanmi, the Alleged Debtor, or any other party which claims to be affected by the filing.

DATED: March 8, 2010             FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                              BERNARD R. GIVEN II
                                              HAL D. GOLDFLAM

                                        By:    /s/ Bernard R. Given
                                                       BERNARD R. GIVEN, II
                                                       Attorneys for HANMI BANK

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

| In re: | | CHAPTER: 7 |
|---|---|---|
| GOMES ENTERPRISES, LLC d/b/a A TO Z METALS, | | |
| | Debtor(s). | CASE NUMBER: 2:10-bk-14738-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **HANMI BANK'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 7 INVOLUNTARY PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 8, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Jeffrey W Broker    jbroker@brokerlaw.biz
Theodore A Cohen    tcohen@sheppardmullin.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Hal D Goldflam    hgoldflam@frandzel.com, efiling@frandzel.com;dwise@frandzel.com
David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
Laine Mervis    lmervis@frandzel.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

☐ Service Information continued on attached page.

**II. SERVED BY OVERNIGHT MAIL** (indicate method for each person or entity served):
On **February 25, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1652
255 E. Temple Street
Los Angeles, CA 90012-3332

Counsel for U.S.
Bank David J. McCarty
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, Forty-Third Floor
Los Angeles, CA 90071

Petitioning Creditor
Hwang H. Kim
3660 Wilshire Boulevard, Penthouse A
Los Angeles, CA 90010

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Debtor's Counsel
Brian L. Davidoff
1901 Avenue of the Stars, Suite 1700
Century City, CA 90067

☐ Service Information continued on attached page.

679147.1

| In re:<br>GOMES ENTERPRISES, LLC d/a/a A TO Z METALS,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:10-bk-14738-RN |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **February 25, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2010 | Annette Chase | /s/ A Chase |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

679147.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                               **F 9013-3.1**