Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor Hanmi Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOMES ENTERPRISES, LLC d/b/a A TO Z METALS,<br><br>Alleged Debtor. | CASE No. 2:10-bk-14738-RN<br><br>Chapter 7<br><br>**DECLARATION OF LAINE MERVIS REGARDING NOTICE OF HANMI BANK'S MOTION TO DISMISS CHAPTER 7 INVOLUNTARY PETITION** |

## DECLARATION

I, Laine Mervis, declare as follows:

1. I am an attorney at law with Frandzel Robins Bloom & Csato, L.C., attorneys of record for Hanmi Bank ("Hanmi") in this case. If called upon as a witness, I could and would testify competently to the facts set forth herein, as such facts are personally known to me to be true.

2. Pursuant to Local Bankruptcy Rule 9075-1(b), the Court set a hearing on Hanmi's Motion to Dismiss Chapter 7 Involuntary Petition (the "Motion") to take place on March 10, 2010 at 2:00 p.m.

3. I, together with others working with me on this matter, served notice of the Motion as follows:

1      A.    Notice of the Motion, together with full copies of the Motion, on March 8, 2010 by e-mail to the following:

    Counsel for the Debtor, Brian L. Davidoff, Rutter Hobbs & Davidoff

    Counsel for U.S. Bank National Association, Theodore A Cohen and David J Mccarty, Sheppard Mullin Richter & Hampton LLP

    The Office of the United States Trustee

    Counsel for American Express Bank FSB, Gilbert B Weisman, Becket & Lee LLP

    Jeffrey W. Broker

B.    Notice of the Motion, together with full copies of the Motion, on March 5 and 8, 2010 by overnight delivery to the following:

| | |
|---|---|
| The Honorable Richard M. Neiter<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012-3332 | Counsel for U.S.Bank<br>David J. McCarty<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street, Forty-Third Floor<br>Los Angeles, CA 90071 |
| Hwang H. Kim<br>3660 Wilshire Boulevard, Penthouse A<br>Los Angeles, CA 90010 | United States Trustee (LA)<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 |
| Debtor's Counsel<br>Brian L. Davidoff<br>1901 Avenue of the Stars, Suite 1700<br>Century City, CA 90067 | |

C.    Notice of the Motion, together with full copies of the Motion, on March 8 and 9, 2010 by overnight delivery, and also by telephonic notice to the following (with the exception that certain parties identified below with an (*) were served by U.S. Mail in place of overnight delivery, as, for example, overnight delivery cannot be effectuated on parties for which only a P.O. Box is available):

| | |
|---|---|
| GE CAPITAL *<br>PO Box 31001-0275<br>Pasadena, CA 91110<br>1-877-331-0142 | All Met Recycling<br>1401 N. Miller St.<br>Anaheim, CA 92806<br>714-528-6013 |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

| | | |
|---|---|---|
| 1 | Arrow Recycling Solutions<br>12410 Wilkie Ave<br>Hawthorne, CA 90250<br>800-397-9904 | Aluminum Precision Products<br>3333 W. Warner Ave.<br>Santa Ana, CA 92704<br>714-546-8125 |
| 2 | | |
| 3 | | |
| 4 | World Commodities *<br>P.O. BOX 53038<br>Irvine, CA 92619<br>714-750-5000 | GENESIS COMMERCIAL CAPITAL *<br>1450 Channel Parkway<br>Marshall, MN 56258<br>800-388-2328 |
| 5 | | |
| 6 | | |
| 7 | Unlimited Metals<br>1910 E. Olympic Blvd.<br>Los Angles, CA 90222<br>213-489-3255 | STATE BOARD OF EQUALIZATION *<br>PO Box 942879<br>Sacramento, CA 94279-0057<br>562-466-1515 |
| 8 | | |
| 9 | | |
| 10 | Recicladora California *<br>CALLE MIGUEL HIDALGO # 6923 CO.<br>Lorna Bonita, TIJUANA B.C 22126<br>619-428-2399 | UNIQUE FREIGHT TRANSPORT<br>418 E. Banning St.<br>Compton, CA 90222<br>310-603-8909 |
| 11 | | |
| 12 | | |
| 13 | Boeing - Long Beach<br>3460 Cherry Ave<br>Long Beach, CA 90807<br>562-593-0393 | Custom Alloy Light Metals<br>13329 Ector Street<br>City of Industry, CA 91746<br>626-369-3641 |
| 14 | | |
| 15 | Lawrence Equipment<br>2034 N. Peck Rd.<br>So. El Monte, CA 91733<br>626-442-9930 | LA TAX 6169 021 037 *<br>PO Box 54018<br>Los Angeles, CA 90054<br>213-974-2111 |
| 16 | | |
| 17 | | |
| 18 | City of Los Angeles Dept of Water<br>& Power<br>11797 Truesdale St.<br>Sun Valley, CA 91352<br>818-771-4932 | Southwest Metals Industries<br>4708 W. Pasadena Ave.<br>Glendale, AZ 85301<br>623-435-2986 |
| 19 | | |
| 20 | | |
| 21 | Q-METAL<br>Union Center Bldg., #905,<br>837-11 Yoksam-Dong,<br>Kangnam-Ku, Seoul, Korea<br>82-2-555-3370 | ATOZ Metales De Mexico *<br>Carr. Libre Tecate-Tijuana<br>Tecate Baja, California 22123<br>011-52-665-655-5062 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Earth Metal Trading, Ltd.<br>Unit 2912, 29F, West Tower,<br>ShunTak Cntre<br>168-200 Connaught Rd. Central<br>Hong Kong<br>852-3101-7936 | Franchise Tax Board *<br>ATTN: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| 26 | | |
| 27 | | |
| 28 | | |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1 | Los Angeles City Clerk *
  | P.O. Box 53200
2 | Los Angeles, CA 90053-0200

3

4    Executed this 9th day of March 2010, at Los Angeles, California.

5    I declare under penalty of perjury under the laws of the United States of America that the

6 foregoing is true and correct.

7

8                                                    _____
                                                     LAINE MERVIS, Declarant

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

683589.1 | 041150-0137                    4