Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Hal D. Goldflam (State Bar No. 179689)
hgoldflam@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Petitioning Creditor Hanmi Bank

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GOMES ENTERPRISES, LLC d/b/a A TO Z METALS,<br><br>Alleged Debtor. | CASE No. 2:10-bk-14738-RN<br><br>Chapter 7<br><br>**PETITIONING CREDITOR AND ALLEGED DEBTOR'S JOINT STATUS REPORT IN ADVANCE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE**<br><br>**Status Conference**<br><br>DATE:     April 7, 2010<br>TIME:     10:30 a.m.<br>CRTRM.: 1645<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE; THE ALLEGED DEBTOR; AND OTHER PARTIES ENTITLED TO NOTICE:

Petitioning Creditor Hanmi Bank ("Hanmi") and Gomes Enterprises, LLC, d/b/a A to Z Metals, the Alleged Chapter 7 Debtor herein ("Gomes" or "Alleged Debtor") respectfully file this Joint Status Report in advance of the Status Conference in an Involuntary Bankruptcy Case, to be held at 10:30 a.m. on April 7, 2010, before the Honorable Richard M. Neiter, United States Bankruptcy Judge, at 255 East Temple Street, Los Angeles, California, Courtroom 1645, as

687745.1 | 041150-0137                    1

follows:

1. This involuntary bankruptcy case arises from certain pre-petition Guaranty Agreements and Loan Agreements, pursuant to which the Alleged Debtor is indebted to Hanmi in an amount not less than $10,097,031.44 in principal, plus interest and other charges.

2. On February 17, 2010, the Alleged Debtor and U.S. Bank National Association ("U.S. Bank") filed their Motion for Order approving that certain Stipulation (1) Authorizing Continued Use of Funds; and (2) Granting of Post-Petition Liens and Adequate Protection to U.S. Bank ("Cash Collateral Motion"). At the hearing on the Cash Collateral Motion held on February 24, 2010, the Court ordered Hanmi, U.S. Bank, and the Alleged Debtor to meet and confer.

3. Pursuant to the Court's instruction, representatives for those parties and the Guarantors of the Hanmi and U.S. Bank obligations met at the offices of counsel for U.S. Bank. As a result of their discussions, the parties agreed to resolve their disputes outside of the context of a bankruptcy case, and that Hanmi would immediately prepare and file a Motion to Dismiss the Involuntary Petition ("Motion to Dismiss"). Following the meet and confer, counsel for the Alleged Debtor confirmed in writing to counsel for Hanmi that it should file the Motion to Dismiss. On March 5, 2010 Hanmi filed the Motion to Dismiss, which was set for hearing on March 10, 2010. The Motion to Dismiss was unopposed by U.S. Bank.

4. The evening prior to the hearing date on the Motion to Dismiss, counsel for the Alleged Debtor informed counsel for Hanmi that the Alleged Debtor did not wish to go forward with the Motion on the following day and, instead, that it desired to examine options available to it, including discussions with potential investors and/or acquirers of assets in both a bankruptcy and non-bankruptcy context. Counsel for the Alleged Debtor indicated that it wished to continue the hearing on the Motion to Dismiss to the same time and date as the Status Conference.

5. At the hearing on the Motion to Dismiss, counsel for Hanmi stated to the Court (the Honorable Barry Russell) that Hanmi did not oppose the wishes of the Alleged Debtor, but that any claim for purported damages going forward were the result of the Alleged Debtor's independent determination to remain in Chapter 7, contrary to the agreement amongst the parties, and that Hanmi reserved all rights with respect to any such claim. Counsel for the Alleged Debtor

1  stated to the Court that whatever damages had accrued as a result of the filing would not change

2  whether or not the case was dismissed at that time and that now that the involuntary had already

3  been filed, the Alleged Debtor was evaluating with potential purchasers whether they required that

4  any transaction they were proposing would need to be through a chapter 11 case.

5      6.  Since the time of the March 10, 2010 hearing on the Motion to Dismiss, Hanmi has

6  made repeated requests to the Alleged Debtor to advise whether it intends to remain in bankruptcy

7  or else proceed with the dismissal. The Alleged Debtor has kept Hanmi abreast of the fact that it

8  is presently engaged in discussions with potential acquirers of assets and that it expects to receive

9  outlines of proposals this week.

10     7.  Hanmi remains willing to comply with the agreement reached at the meet and

11  confer. Both Hanmi and the Alleged Debtor reserve all rights as a result of the involuntary filing.

13  DATED: March 25, 2010         FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                                 BERNARD R. GIVEN, II
14                                        HAL D. GOLDFLAM

16                                 By:  /s/ Bernard R. Given
17                                       BERNARD R. GIVEN, II
                                              Attorneys for Petitioning Creditor HANMI BANK

20  DATED: March 25, 2010         RUTTER HOBBS & DAVIDOFF, INCORPORATED
                                                 BRIAN L. DAVIDOFF

22                                 By:  /s/ Brian L. Davidoff
23                                       BRIAN L. DAVIDOFF
                                              Attorneys for Alleged Debtor GOMES
24                                       ENTERPRISES, LLC d/b/a A TO Z METALS

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

| | |
|---|---|
| In re:<br>GOMES ENTERPRISES, LLC d/b/a A TO Z METALS,<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:10-bk-14738-RN |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **PETITIONING CREDITOR AND ALLEGED DEBTOR'S JOINT STATUS REPORT IN ADVANCE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Jeffrey W Broker    jbroker@brokerlaw.biz
Theodore A Cohen    tcohen@sheppardmullin.com
Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
Hal D Goldflam    hgoldflam@frandzel.com, efiling@frandzel.com;dwise@frandzel.com
Katherine Lien    katie.lien@sbcglobal.net, katielien@gmail.com
Lorraine L Loder    lloder@sbcglobal.net
David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
Laine Mervis    lmervis@frandzel.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com

☐ Service Information continued on attached page.

**II. SERVED BY OVERNIGHT MAIL & U.S. MAIL** (indicate method for each person or entity served):
On **March 25, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL**

The Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1652
255 E. Temple Street
Los Angeles, CA 90012-3332

Petitioning Creditor
Hwang H. Kim
Hanmi Bank
3660 Wilshire Boulevard, Penthouse A
Los Angeles, CA 90010

Debtor's Counsel
Brian L. Davidoff
1901 Avenue of the Stars, Suite 1700
Century City, CA 90067

Counsel for U.S. Bank
David J. McCarty
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, Forty-Third Floor
Los Angeles, CA 90071

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

689257.1

In re:
GOMES ENTERPRISES, LLC d/a/a A TO Z METALS,

CHAPTER: 11

Debtor(s).    CASE NUMBER: 2:10-bk-14738-RN

## SERVED BY U.S. MAIL

Franchise Tax Board
ATTN: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Earth Metal Trading, Ltd.
Unit 2912, 29F, West Tower,
ShunTak Cntre
168-200 Connaught Rd. Central
Hong Kong
852-3101-7936

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

GE CAPITAL
PO Box 31001-0275
Pasadena, CA 91110
1-877-331-0142

Arrow Recycling Solutions
12410 Wilkie Ave
Hawthorne, CA 90250
800-397-9904

World Commodities
P.O. BOX 53038
Irvine, CA 92619
714-750-5000

Unlimited Metals
1910 E. Olympic Blvd.
Los Angles, CA 90222
213-489-3255

Recicladora California
CALLE MIGUEL HIDALGO # 6923 CO.
Lorna Bonita, TIJUANA B.C 22126
619-428-2399

Boeing - Long Beach
3460 Cherry Ave
Long Beach, CA 90807
562-593-0393

Lawrence Equipment
2034 N. Peck Rd.
So. El Monte, CA 91733
626-442-9930

City of Los Angeles Dept of Water & Power
11797 Truesdale St.
Sun Valley, CA 91352
818-771-4932

ATOZ Metales De Mexico
Carr. Libre Tecate-Tijuana
Tecate Baja, California 22123
011-52-665-655-5062

Q-METAL
Union Center Bldg., #905,
837-11 Yoksam-Dong,
Kangnam-Ku, Seoul, Korea
82-2-555-3370

American Express Bank FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

All Met Recycling
1401 N. Miller St.
Anaheim, CA 92806
714-528-6013

Aluminum Precision Products
3333 W. Warner Ave.
Santa Ana, CA 92704
714-546-8125

GENESIS COMMERCIAL CAPITAL
1450 Channel Parkway
Marshall, MN 56258
800-388-2328

STATE BOARD OF EQUALIZATION
PO Box 942879
Sacramento, CA 94279-0057
562-466-1515

UNIQUE FREIGHT TRANSPORT
418 E. Banning St.
Compton, CA 90222
310-603-8909

Custom Alloy Light Metals
13329 Ector Street
City of Industry, CA 91746
626-369-3641

LA TAX 6169 021 037
PO Box 54018
Los Angeles, CA 90054
213-974-2111

Southwest Metals Industries
4708 W. Pasadena Ave.
Glendale, AZ 85301
623-435-2986

☐ Service Information continued on attached page.

689257.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: | CHAPTER: 11 |
|---|---|
| GOMES ENTERPRISES, LLC d/a/a A TO Z METALS, | |
| Debtor(s). | CASE NUMBER: 2:10-bk-14738-RN |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **March 25, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 25, 2010 | Annette Chase | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

689257.1  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1