BRIAN L. DAVIDOFF (State Bar No. 102654)
DAVID Y. JOE (State Bar No. 206507)
RUTTER HOBBS & DAVIDOFF
  INCORPORATED
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067
Telephone: (310) 286-1700
Facsimile: (310) 286-1728

Attorneys for Gomes Enterprises, LLC, d/b/a A to Z Metals
Alleged Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 2:10-bk-14738-RN |
| | Involuntary Chapter 7 |
| GOMES ENTERPRISES, LLC, d/b/a A TO Z METALS | **STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INVOLUNTARY PETITION** |
| | [NO HEARING REQUIRED] |
| Alleged Debtor. | |

TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE:

The petitioning creditor, Hanmi Bank ("Hanmi") and the Alleged Debtor, Gomes Enterprises, LLC d/b/a A to Z Metals ("A to Z"), make this stipulation with reference to the following facts:

A.   On February 10, 2010, Hanmi filed an Involuntary Petition against the Alleged Debtor in accordance with section 303 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, thereby commencing this bankruptcy case (the "Involuntary Case").

B.   Based upon the date of service of the Involuntary Petition on A to Z, A to Z's deadline to respond to the Involuntary Petition is March 3, 2010.

C.   Hanmi and A to Z have entered into good faith discussions in an attempt to informally resolve the Involuntary Case.

-1-

STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INVOLUNTARY PETITION
{7704.005-639654.DOC-(3)}

D.  The Status Conference on the Involuntary Petition has been continued to April 7, 2010 at 10:30 a.m.

E.  A to Z wishes to preserve its right to respond to the Involuntary Petition while, at the same time, allowing ample time for the parties to complete their discussions prior to deciding whether to do so.

## STIPULATION

Therefore, Hanmi and A to Z, by and through their respective counsel, stipulate to an order of the Court extending A to Z's deadline to respond to the Involuntary Petition from March 3, 2010 until April 15, 2010, or such earlier date as Hanmi may elect upon ten (10) days written notice to A to Z.

Respectfully submitted,

DATED: March 23, 2010

RUTTER HOBBS & DAVIDOFF
INCORPORATED

By  /s/
BRIAN L. DAVIDOFF
DAVID Y. JOE
Attorneys for GOMES ENTERPRISES, LLC,
d/b/a A TO Z METALS
Alleged Debtor

DATED: March 23, 2010

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By  /s/
BERNARD R. GIVEN, II
Attorneys for HANMI BANK
Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described **STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INVOLUNTARY PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 26, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Hal Goldflam:         hgoldflam@frandzel.com
Bernard Given:        bgiven@frandzel.com
Laine Mervis:         lmervis@frandzel.com
David J. McCarty:     DMcCarty@sheppardmullin.com
Theodore Cohen:       TCohen@sheppardmullin.com
Jeffrey Broker:       jbroker@brokerlaw.biz
OUST:                 ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 26, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 26, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

VIA HAND DELIVERY
Honorable Richard Neiter
United States Bankruptcy Court
255 East Temple Street, Courtroom 1652
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2010 | JAN REINGLASS | /s/ Jan Reinglass |
|---|---|---|
| Date | Type Name | Signature |

ADDITIONAL SERVICE LIST VIA U.S. MAIL

| | | |
|---|---|---|
| Franchise Tax Board<br>Attn: Bankruptcy<br>PO Box 2952<br>Sacramento, CA 95812 | GE CAPITAL<br>PO Box 31001-0275<br>Pasadena, CA 91110 | All Met Recycling<br>1401 N. Miller St.<br>Anaheim, CA 92806 |
| Q-METAL<br>Union Center Bldg., #905,<br>837-11    Yoksam-Dong,<br>Kangnam-Ku, Seoul, Korea | Arrow Recycling Solutions<br>12410 Wilkie Ave<br>Hawthorne, CA 90250 | Custom Alloy Light Metals<br>13329 Ector Street<br>City of Industry, CA 91746 |
| Aluminum Precision Products<br>3333 W. Warner Ave.<br>Santa Ana, CA 92704 | Unlimited Metals<br>1910 E. Olympic Blvd<br>Los Angles, CA 90222 | Lawrence Equipment<br>2034 N. Peck Rd.<br>So. El Monte, CA 91733 |
| Earth Metal Trading, LTd<br>Unit 2912,29F, West Tower,<br>ShunTak Cntre<br>168-200 Connaught Rd.<br>Central Hongkong | STATE BOARD OF EQUALIZATION<br>PO Box 942879<br>Sacramento, CA 94279-0057 | LA TAX 6169 021 037<br>PO Box 54018<br>Los Angeles, CA 90054 |
| World Commodities<br>P.O. BOX 53038<br>Irvine, CA 92619 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | City of Los Angeles Dept of Water & Power<br>11797 Truesdale St.<br>Sun Valley, CA 91352 |
| NGA<br>~~ATOZ Metales De Mexico~~<br>~~Carr. Libre Tecate-Tijuana~~<br>~~Tecate Baja, California~~ | UNIQUE FREIGHT TRANSPORT<br>418 E. Banning St.<br>Compton, CA 90222 | Southwest Metals Industries<br>4708 W. PASADENA AVE.<br>Glendale, AZ 85301 |
| GENESIS COMMERCIAL CAPITAL<br>1450 Channel Parkway<br>Marshall, MN 56258 | Boeing - Long Beach<br>3460 Cherry Ave<br>Long Beach, CA 90807 | NGA<br>~~Recicladora California~~<br>~~CALLE MIGUEL HIDAKGO~~<br>~~# 6923 CO.~~<br>~~Loma Bonita, TIJUANA B.C~~ |

-4-

STIPULATION TO CONTINUE DEADLINE TO RESPOND TO INVOLUNTARY PETITION

{7704.005-639654.DOC-(3)}